# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| JOEL MORRISON, an individual<br><br>Plaintiff,<br><br>v.<br><br>ROSS TECHNOLOGY CORPORATION, a Pennsylvania corporation; and DOES 1-50, inclusive<br><br>Defendants. | Case No. ED CV11-00238 VAP (OPx)<br><br>[Assigned to Judge Virginia A. Phillips, Courtroom 2]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER ON STIPULATION REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION<br><br>Complaint Filed: 07/29/10<br>Trial Date: 02/14/12 |

Based on the stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that a Protective Order be entered and Parties consider to be and treat information and documents as confidential and proprietary.

**IT IS SO ORDERED.**

Dated: 7/19/11, 2011

_____
Magistrate Judge Oswald Parada
Judge of the United States District Court

[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL INFORMATION
Case No. ED CV11-00238 VAP (OPx)

13430595v.1